# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:18 cv 1

| | |
|---|---|
| **MICHELLE GREEN,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **COLLINS METAL COMPANY, INC.,** | ) |
| **Defendant.** | ) |

Pending before the Court is the Joint Motion to Stay the Initial Attorney's Conference [# 7] filed by Defendant. The parties state that they have reached a settlement of all issues, and the parties anticipate filing a joint dismissal in this case within the next thirty days.

For good cause shown, the Court **GRANTS** the motion [# 7]. The Initial Attorney's Conference shall be **STAYED** for thirty (30) days, to **March 14, 2018**.

Signed: February 12, 2018

Dennis L. Howell
United States Magistrate Judge